IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR __181__ |
| | § | |
| MICHAEL SULLIVAN | § | |

SEALED

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 1 9 2014

DAVID J. MALAND, CLERK
BY
DEPUTY_____

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 641 (Theft and
Conversion of Public Money)

From on or about April 11, 2011 and continuing until on or about February 28, 2014, in the Eastern District of Texas and elsewhere, Defendant, **Michael Sullivan,** did knowingly embezzle, steal, purloin and knowingly convert to his own use money and things of value of the Social Security Administration, a department or agency of the United States. Specifically, knowing that he was not entitled to benefit payments, the defendant embezzled, stole, purloined and knowingly converted to his own use Social Security Administration Retirement Insurance Benefit paid to an account controlled by his relative CS, for the benefit of CS and after the death of CS, having a value of approximately $41,708, all in violation of 18 U.S.C. § 641.

1

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

1.     The allegation contained in Count One of this Indictment is realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest.

2.     Upon conviction of any violation of 18 U.S.C. § 641, the defendant, **Michael Sullivan,** shall forfeit to the United States any property, real or personal, that constitutes or is derived from proceeds traceable to a violation of any offense constituting "specified unlawful activity," or a conspiracy to commit such offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

3.     The property which is subject to forfeiture, includes but is not limited to the following:

A money judgment in the amount of **$41,708.00,** which represents proceeds traceable to the violation.

4.     Pursuant to 21 U.S.C. § 853(p), as incorporated by reference by 18 U.S.C. § 982(b), if any of the forfeitable property, or any portion thereof, as a result of any act or omission of the defendant:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred, or sold to, or deposited with a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e.  Has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States to seek the forfeiture of other property of the defendant up to the value of the above-described forfeitable properties, including, but not limited to, any identifiable property in the name of **Michael Sullivan.**

5.    By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and the procedures set forth at 21 U.S.C. § 853, as made applicable through 18 U.S.C. § 982(b)(1).

A TRUE BILL

_Bk_
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

BY:  THOMAS E. GIBSON                              11-19-2014
Assistant United States Attorney
Senior Litigation Counsel
Texas State Bar No. 07875450
110 N. College, Suite 700
Tyler, TX  75702
(903) 590-1400
Fax: (903) 590-1436
ATTORNEY FOR THE GOVERNMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR___ |
| | § | |
| JERRY FERBER | § | |

## NOTICE OF PENALTY

### Count One

Violation:                     18 U.S.C. § 641 (Theft and Conversion of Public
                               Money)

Penalty:                       Imprisonment for not more than 10 years, a fine not to
                               exceed $250,000.00, or both; and supervised release of
                               not more than three (3) years.

Special Assessment:            $100.00

4